**Dated: March 21, 2022**
**The following is SO ORDERED:**

_____
**Jimmy L. Croom**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

IN RE:                                                                    CHAPTER 13 CASE NO. 19-11943
Demetris R. Bailey
Cindy E. Bailey
DEBTOR(S)

ORDER ON MOTION TO SELL VEHICLE,
APPROVE RELEASE OF TITLE AND CEASE DISBURSEMENT

       This matter came for consideration on the Court docket the 17th day of March, 2022, on the Debtors' Motion to Sell Vehicle, Approve Release of Title and Cease Disbursement. Being no objection, the motion was granted.

       It is therefore ordered:

       1. The Debtors are hereby authorized to sell the 2003 Dodge Ram for the amount of $1,200.00.

       2. The Debtors shall pay the lien holder, Carroll Bank & Trust (ref. claim 27), its claim balance of $822.65, to satisfy the loan. Upon receipt of payment, the lien holder shall release the title.

       3. The excess proceeds of $377.35 shall be paid to Chapter 13 Trustee. The funds are to be applied to the Debtors' case to bring the plan payments current, with any remainder to be used to

benefit the unsecured creditors.

    4.  The Debtors shall provide the Chapter 13 Trustee a copy of the Bill of Sale and proof of payment to Carroll Bank & Trust.  Upon receipt of same, the Trustee shall cease disbursements to Carroll Bank & Trust (claim 27) and adjust the plan payment as necessary.

APPROVED BY:

/s/ C. Jerome Teel, Jr.
C. Jerome Teel, Jr.  ( #016310)
Attorney for Debtor
Teel & Gay, PLC
425 E. Baltimore
Jackson, TN 38301
(731) 424-3315
jerome@tennesseefirm.com


/s/ Timothy H. Ivy
Chapter 13 Trustee
250 N. Parkway, Ste 1
Jackson, TN 38305
(731) 664-1313


MAILING INFORMATION:		March 15, 2022   (bbk)
Debtors,
Debtors attorney,
Chapter 13 Trustee,
Carroll Bank & Trust, P.O. Box 889, Huntingdon, TN 38344