**Dated: May 17, 2022**
**The following is SO ORDERED:**



_____
Jimmy L. Croom
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
### Western District Of Tennessee
### Eastern Division

| | |
|---|---|
| In Re: | Case No.  19-11943 |
| Demetris R. Bailey & Cindy E. Bailey | |
| Debtors | Chapter 13 |
| SSN(1)XXX-XX-4282 SSN(2)XXX-XX-0080 | |

### ORDER DIRECTING PRESENT EMPLOYER TO CHANGE DEDUCTIONS

In this matter, it appearing to the Court that an order has been entered changing the debtor's plan payments.

THEREFORE:
That the debtor's employer, City of Dyer, change the deductions to  $137.00 WEEKLY from income paid to Demetris R. Bailey and forward same to the Chapter 13 Trustee, P.O. Box 6003, Memphis, TN 38101-6003, at least once per month.

/s/ Timothy H. Ivy
TIMOTHY H. IVY (18053)
CHAPTER 13 TRUSTEE
250 N. PARKWAY, SUITE 1
JACKSON, TN  38305-2735
(731) 664-1313

**CC:** **Chapter 13 Trustee**

JLS

**Debtors:**

**Demetris R. Bailey & Cindy E. Bailey**
**210 S. Poplar St.**
**Dyer, TN 38330**

**Attorney for Debtors:**
**CARL JEROME TEEL, JR.**
**TEEL & GAY, PLC**
**425 EAST BALTIMORE**
**JACKSON, TN 38301**

**Employer:**
**City of Dyer**
**105 South Main St**
**Dyer, TN 38330**

**#485**